UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL A. WERNER, M.D., DIANE WERNER,
MAZE REALTY, LLC, WB GROUP, LLC and D&M
GROUP, LLC,

Case No.: 12-CV-6715 (DLC)

**STIPULATION OF
DISCONTINUANCE WITH
PREJUDICE**

                          Plaintiffs,

-against-

ROBERT SHAKMAN, TAX TITLE SERVICES, INC.,
TAX TITLE SERVICES OF LOUISIANA, LLC and
MOREL YORSCH, LLC,
                       Defendants.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys and/or parties to the above-entitled action, that all claims asserted against Defendants Tax Title Services, Inc., Tax Title Services of Louisiana, LLC and Morel Yorsch, LLC are hereby discontinued with prejudice without costs or fees to plaintiffs or defendants.

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be signed by facsimile, photocopy, or email signatures, any and all of which shall be deemed to be and treated as original signatures.

Dated: New York, New York
        June 30, 2013

_____
Eric Walter Kessler, Esq.
Kessler Law
Attorneys for Defendants Robert Shakman,
Tax Title Services, Inc., and Tax Title
Services of Louisiana, LLC
240 N. Center Street
Mesa, AZ 85201
eric@kesslerlaw.phxcoxmail.com

_____
Andrew L. Zwerling, Esq.
Matthew Shatzkes, Esq.
Garfunkel Wild, P.C.
Attorneys for Plaintiffs
111 Great Neck Road
Great Neck, NY 11021
azwerling@garfunkelwild.com

4814-2676-3284.1
2555607v.2

_____
Mark K. Anesh, Esq.
Lee J. Lefkowitz, Esq.
Attorneys for Defendant Morel Yorsch, LLC
77 Water Street, 21st Floor
New York, New York 10005
(212) 232-1300
anesh@lbbslaw.com