```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    12 Civ. 6715 (DLC)
MICHAEL A. WERNER, M.D., DIANE WERNER,    :
MAZE REALTY, LLC, WB GROUP, LLC, D&M      :         ORDER
GROUP LLC,                                :
                    Plaintiffs,           :
                                          :
          -v-                             :
                                          :
ROBERT SHAKMAN, TAX TITLE SERVICES,       :
INC., TAX TITLE SERVICES OF LOUISIANA,    :
LLC, AND MOREL YORSCH, LLC,               :
                    Defendants.           :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

Dated:   New York, New York
         July 31, 2013

                              _____
                                       DENISE COTE
                              United States District Judge